CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 11 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES LEON FRANCISCO, | ) |
| | ) Civil Action No. 7:11CV00367 |
| Plaintiff, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Robert S. Ballou, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered affirming the decision of the Commissioner, denying plaintiff's motion for summary judgment. Objections to the report and recommendation have not been filed, and the court, upon review of pertinent portions of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **AFFIRMED**, summary judgment is **DENIED** to the plaintiff, and this case is **STRICKEN** from the docket of the court.

ENTER: This January 11, 2013.

UNITED STATES DISTRICT JUDGE